

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00263-CV

George **CASTILLO**,
Appellant

v.

David Francisco **HIDALGO** and Jose Luis Hidalgo,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 6096
Honorable Roland Andrade, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Delivered and Filed: July 3, 2024

DISMISSED FOR LACK OF JURISDICTION

On April 9, 2024, appellant filed a pro se notice of appeal, stating his intent to appeal the trial court's judgment removing an invalid lien. On April 19, 2024, appellees filed a motion to dismiss the appeal, explaining appellant had filed a motion for new trial, and the motion was set for hearing on May 1, 2024. On May 3, 2024, appellees amended their motion to dismiss to note the trial court granted appellant's motion for new trial. Appellant thereafter filed a "supplemental" notice of appeal explaining his intent to proceed with the appeal because of "the absence of Final Judgment in his favor."

"When the trial court grants a motion for new trial, the cause is reinstated on the court's docket as if no trial had been had and no judgment rendered." *Kirk v. Changing Surface, Inc.*, No. 04-03-00539-CV, 2003 WL 22187175, at *1 (Tex. App.—San Antonio Sept. 24, 2003, no pet.) (citing *City of San Antonio v. Dickman*, 34 Tex. 647, 650 (1871)); *see also* TEX. R. APP. P. 21.9(b). "In the absence of a final judgment, we lack jurisdiction over the appeal." *Kirk*, 2003 WL 22187175, at *1 (citing *City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988)). Because the record showed the trial court granted appellant's motion for new trial, we ordered appellant to show cause in writing no later than June 10, 2024 why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f), 44.3. No response has been filed.

Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM